FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2021

No. 04-21-00096-CV

Claudia **MEDRANO**,
Appellant

v.

Lora **VERGOTT**, Jeff Tafoya, Innovative Risk Management, Inc., and Acceptance Indemnity
Insurance Co.,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-23582
Honorable Aaron Haas, Judge Presiding

# O R D E R

On June 9, 2021, this court issued an order notifying the court reporter that the reporter's record was late and ordering her to file the record by June 24, 2021. The court reporter responded to our order by stating that the reporter's record was not filed because appellant: (1) has not requested the record in writing; and (2) failed to pay or make arrangements to pay the reporter's fee for preparing the record and that appellant was not entitled to appeal without paying the fee.

We therefore **ORDER** that appellant provide written proof to this court **by June 24, 2021** that the appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included. *See* TEX. R. APP. P. 34.6(b)(1). Appellant's written proof must also demonstrate that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. The reporter's record must be filed no later than thirty days after the date appellant's written proof is filed with this court. If appellant fails to respond within the time provided, the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

FILE COPY

Beth Watkins, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2021.

MICHAEL A. CRUZ, Clerk of Court